Benjamin Weintroub and B. K. Goodman, appellees, v. Chicago Title and Trust Company et al., appellants. Gen. No. 38,141.

Opinion filed June 28, 1935. Rehearing denied July 10, 1935.

Sonnenschein, Berkson, Lautmann, Levinson & Morse, George Gillette and John Mann, for certain appellants. Markheim, Parker & Miller, for certain other appellant; Isaac E. Ferguson, of counsel. Olson & Gurman, for certain appellee; Samuel P. Gurman, John H. Rogers and Lester Stone, of counsel. Samuel A. and Leonard B. Ettelson, for certain other appellee; Samuel A. Ettelson, Edward C. Higgins and Carl J. Appell, of counsel.

Per curiam.

In re Estate of Elizabeth G. Waterbury, a minor. Gen. No. 38,216.

Opinion filed July 5, 1935.

H. R. Pool, for appellants. Scott, MacLeish & Falk, Robertson, Crowe & Spence, John P. Conmy and Frank J. Komarek, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

In re Estate of La Verne Lucille Kellogg and Shirley Adellia Kellogg, minors. Gen. No. 38,217.

Opinion filed July 5, 1935.

H. R. Pool, for appellants. Scott, MacLeish & Falk, Robertson, Crowe & Spence, John P. Conmy and Frank J. Komarek, for appellees.

Mr. Justice Matchett delivered the opinion of the court.

Howard McCreery, appellant, v. Libby-Owens-Ford Glass Company, appellee. Gen. No. 38,283.

Opinion filed July 5, 1935.

Sol Andrews, for appellant. Ashcraft & Ashcraft, Duncan & O'Conor, Marshall, Melhorn & Marlar and Angerstein, Piggott & Angerstein, for appellee; Russell F. Locke, Alan E. Ashcraft, Jr., Andrew O'Conor and Thomas C. Angerstein, of counsel.

Mr. Justice O'Connor delivered the opinion of the court.